# United States Bankruptcy Court

### District of Maryland

**In re** Darylle Danielle Cassignol

Case No. _____

**Debtor**

Chapter 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] **FLAT FEE**

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,200.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ 1,200.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

[ ] **RETAINER**

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   [✔] Debtor   [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor   [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

All services, except those identified in paragraph 7 below, that are reasonably contemplated to achieve the debtor's bankruptcy objectives including but not limited to:

(1) File the certificate required from the individual debtor from an approved nonprofit budget and credit counseling agency for prepetition credit counseling;
(2) Preparation and filing of all locally required forms;
(3) Representation of the debtor at the § 341 meeting;
(4) Amend any list, schedule, statement, and/or other document required to be filed with the petition as may be necessary or appropriate;
(5) Motions under § 522(f) to avoid liens on exempt property;
(6) Motions, such as motions for abandonment, or proceedings to clear title to real property owned by the debtor;
(7) Advise the debtor with respect to any reaffirmation agreement; negotiate, prepare and file reaffirmation agreements if in the best interest of the debtor; and attend all hearings scheduled on any reaffirmation agreement signed by the debtor;
(8) Removal of garnishments or wage assignments;
(9) Negotiate, prepare and file reaffirmation agreements;
(10) Motions under § 722 to redeem exempt personal property from liens;
(11) Compile and forward to the trustee and the United States trustee any documents and information requested;
(12) Consult with the debtor and if there is a valid defense or explanation, respond to a motion for relief from the automatic stay;
(13) File the debtor?s certification of completion of instructional course concerning financial management (Official Form 423); and
(14) Disclose any agreement and fee arrangement regarding the potential retention of co-counsel.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtor in any adversary proceeding, dischargeability action or 2004 examination, which my firm agrees to provide for an additional attorney fee if the debtor engages the firm to do so. In the event an adversary proceeding or dischargeability action is initiated against the debtor, my firm will represent the debtor in connection with the matter until such time that (i) the debtor informs me that he/she does not wish to litigate the matter, does not wish to be represented by my firm in the matter, or wishes to retain other counsel, and (ii) the court grants me leave to withdraw as counsel for the debtor. If the debtor engages my firm for representation in one of the aforementioned proceedings and agrees to pay an additional fee for such services, I will file a Supplemental Disclosure of Compensation disclosing that fee.

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/15/2024

*Date*

/s/ Iris Kwon, 2110140001

*Signature of Attorney*

Bankruptcy Near Me

*Name of law firm*

10605 Concord Street
440
Kensington, MD 20895